**\*\*E-filed 6/2/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MIGUEL PALMA,

        Plaintiff,

v.

HSBC BANK USA NATIONAL ASSOCIATION, etc, et al.,

        Defendants.

_____/

No. C 11-0102 RS

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff filed this action on January 10, 2011 and sought a temporary restraining order, which was denied the following day. Since that time there is no indication that plaintiff has served defendants or made any other efforts to litigate this matter. On June 2, 2011, the duly-noticed initial Case Management Conference was called, but plaintiff failed to appear. Accordingly, on **Friday, July 8, at 2:30 p.m.**, in Courtroom 3, Seventeenth Floor of the Court, located at 450 Golden Gate Avenue, San Francisco, CA, plaintiff shall appear and show cause, if any, why this case should not be dismissed for lack of prosecution. Failure to appear will result in dismissal of the action.

IT IS SO ORDERED.

Dated: 6/2/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Miguel A. Palma
11194 Bay Laurel St.
Dublin, CA 94568

DATED: 6/2/11

                                                           /s/ Chambers Staff
                                                           Chambers of Judge Richard Seeborg