**\*\*E-filed 7/11/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MIGUEL PALMA,

    Plaintiff,

v.

HSBC BANK USA NATIONAL ASSOCIATION, etc, et al.,

    Defendants.

No. C 11-0102 RS

**ORDER DISMISSING ACTION**

For the reasons cited in the order to show cause issued on June 2, 2011, and in light of plaintiff's failure to appear on July 8, 2011 as ordered, this action is dismissed without prejudice. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 7/8/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Miguel A. Palma
11194 Bay Laurel St.
Dublin, CA 94568

DATED: 7/11/11

                                              /s/ Chambers Staff
                                              Chambers of Judge Richard Seeborg

**United States District Court**
For the Northern District of California